NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEISHANNA G. THOMAS,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No.  2D17-3553
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for
Manatee County; Susan B. Maulucci,
Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.